

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

August 21, 2025

Brigette Villarreal
303 NW 27th Pl.
Cape Coral, FL 33993

Dear Sir or Madam:

Your document has been filed and assigned civil case number   2:25-cv-07845-UA  .

Upon the submission of your document, the following discrepancy was found:

☐ *You have submitted a personal check.*
Please be advised that personal checks are not accepted. Your check will be returned to you by our Fiscal Department. Please send a cashier's check or money order instead. Be sure to reference the civil case number on your payment.

☒ *You have not submitted the entire filing fee amount of $405.*
If you are unable to pay the entire filing fee at this time, you may request that the fee be waived. To do so, you must complete, sign, and return the enclosed form, *Request to Proceed in Forma Pauperis with Declaration in Support* (CV-60), in its entirety.

If you do not respond within THIRTY DAYS from the date above, your action will be either dismissed or remanded to state court, as appropriate.

If your fee waiver request or payment is received within THIRTY DAYS, judges will be assigned to your case. You may return your fee waiver request or payment to any of the following addresses:

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701-4516

United States Courthouse
3470 Twelfth St., Room 134
Riverside, CA 92501

Sincerely,

Clerk, U. S. District Court

By: R.Young (213)894-3535
Deputy Clerk

*Encl. (CV-60)*

CV-47 (06/24)   NOTICE RE: DISCREPANCIES WITH FILING OF COMPLAINT OR NOTICE OF REMOVAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| _____ <br> PLAINTIFF/PETITIONER <br> V. <br> _____ <br> DEFENDANT/RESPONDENT | CASE NUMBER <br> _____ <br><br> REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT |

I, _____ declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?  ☐ Yes  ☐ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    | Source | Yes | No |
    |---|---|---|
    | Public benefits? | ☐ | ☐ |
    | Business, profession or form of self-employment? | ☐ | ☐ |
    | Rent payments, interest or dividends? | ☐ | ☐ |
    | Pensions, annuities or life insurance payments? | ☐ | ☐ |
    | Gifts or inheritances? | ☐ | ☐ |
    | Any other income (other than listed above)? | ☐ | ☐ |
    | Loans? | ☐ | ☐ |
    | Any other income (other than listed above)? | ☐ | ☐ |

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

---

CV-60 (11/23)    **REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**    Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)  ☐ Yes   ☐ No

   If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. _____

   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes   ☐ No

   If you answer is yes, describe the property and state its approximate value: _____

   _____
   _____

5. In what year did you last file an Income Tax Return? _____

   Approximately how much income did your last return reflect? _____

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

   _____
   _____

7. Estimate your average monthly expenses below:

| | | | |
|---|---|---|---|
| Housing | | Credit Cards | |
| Transportation | | Child Care | |
| Food | | Insurance | |
| Medical | | Loans | |
| Utilities | | Other | |

_____    _____
           State                         County (or City)

I, _____ declare under penalty of perjury that the foregoing is true and correct.  Executed on:

_____    _____
           Date                         Plaintiff (Signature)

CV-60 (11/23)          **REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**          Page 2 of 2